Stafford v Nacson
2026 NY Slip Op 02805
May 5, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

Mark Stafford, Plaintiff-Respondent,
v
Ziv Nacson et al., Defendants-Appellants.

Decided and Entered: May 05, 2026
Index No. 159911/22|Appeal No. 5387|Case No. 2025-01077|
Before: Moulton, J.P., Kennedy, Mendez, Michael, Chan, JJ.
[*1]
An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (James G. Clynes, J.), entered on or about January 23, 2025,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 5, 2026,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
The Motion Order of this Court entered herein on February 10, 2026 (M-00026) is hereby recalled and vacated.
ENTERED: May 5, 2026